**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
 DISTRICT COUNCIL OF CARPENTERS
 PENSION FUND, WELFARE FUND,
ANNUITY FUND, and APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIOONAL
AND INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
 CHARITY FUND, the CARPENTER CONTRACTOR
ALLIANCE OF METROPOLITAN NEW YORK,
and the NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                    Petitioners,                    21 **CIVIL** 3237 (VSB)(VF)

    -against-                      **<u>JUDGMENT</u>**

SHELBOURNE CONSTRUCTION CORP.,

                    Respondent.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 13, 2023, the Court adopts the Report & Recommendation in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
          September 13, 2023

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                           **BY:**

                                                             **Deputy Clerk**