UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                            :

TRUSTEES OF THE NEW YORK CITY     :
DISTRICT COUNCIL OF CARPENTERS  :
PENSION FUND, WELFARE FUND,      :
ANNUITY FUND, and APPRENTICESHIP,  :         21-CV-3237 (VSB) (VF)
JOURNEYMAN RETRAINING,        :
EDUCATIOONAL AND INDUSTRY FUND, :       **AMENDED JUDGMENT**
TRUSTEES OF THE NEW YORK CITY     :
CARPENTERS RELIEF AND CHARITY   :
FUND, the CARPENTER CONTRACTOR  :
ALLIANCE OF METROPOLITAN NEW   :
YORK, and the NEW YORK CITY       :
DISTRICT COUNCIL OF CARPENTERS,  :
                                             :

                    Petitioners,  :

          - against -             :

SHELBOURNE CONSTRUCTION CORP.,  :

                  Respondent.  :
                                           :
-----------------------------------------------------------X

      I am in receipt of Plaintiff's letter motions requesting an amended judgment.  (Doc.s 15, 16.)  Pursuant to Federal Rule of Civil Procedure 60 and my September 13, 2023 order:

      It is hereby **ORDERED, ADJUDGED, and DECREED** that the Petition is granted, the underlying arbitration award is confirmed, and judgment is entered in favor of the Petitioners and against Respondent as follows:

1. Awarding Petitioners $295,912.36, plus interest from the date of the award, December 9, 2020, through the date of judgment at a rate of 5.25%;

2. Awarding Petitioners $75 in costs arising out of the proceeding;

3. Awarding Petitioners $700 in attorneys' fees arising out of the proceeding; and

    4.  Awarding Petitioners post-judgment interest at the statutory rate.

SO ORDERED.

Dated: July 16, 2024
       New York, New York

                                     Vernon S. Broderick
                                     United States District Judge